# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CARIDAD KETI
MORAN GONZALEZ,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 8:25-cv-1279-KKM-LSG

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    The Commissioner moves unopposed, Doc. 23, to remand this action for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Sentence four explains that a reviewing court "shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993). Accordingly, I recommend granting the motion and remanding this action to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings. I further recommend instructing the Clerk of Court (1) to enter a judgment in favor of the plaintiff and against the defendant, (2) to terminate any pending motions, and (3) to close the case.

**REPORTED** on this 23rd day of December, 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge

## NOTICE TO PARTIES

A party has fourteen days from the day of service of this report either to file written objections to the proposed findings and recommendation or to seek an extension of the fourteen-day deadline. 28 U.S.C. § 636(b)(1)(C). Under Eleventh Circuit Rule 3-1, a party failing to object to a magistrate judge's findings or recommendations "waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1). If the parties wish to expedite the resolution of this matter, they may promptly file a joint notice of no objection.