UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARIDAD KETI
MORAN GONZALEZ,

    Plaintiff,

v.                                        Case No. 8:25-cv-1279-KKM-LSG

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____

## ORDER

The Commissioner moves unopposed to remand this action for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Mot. (Doc. 23). The Commissioner represents that upon remand, the Appeals Council will instruct the Administrative Law Judge to offer plaintiff a new hearing and issue a new decision. *Id.* at 1. The Magistrate Judge recommends granting the motion. R&R (Doc. 24). I adopt the recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue.

*Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any opposition to the motion and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation in full. Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 24) is **ADOPTED** and made a part of this Order for all purposes.
2. The Commissioner's motion to remand (Doc. 23) is **GRANTED**.
3. The action is **REMANDED** to the Commissioner of Social Security for further administrative proceedings consistent with the reasons stated in the Report and Recommendation.
4. The Clerk is directed to **ENTER** judgment, which shall read, "This action is remanded to the commissioner of Social Security." The clerk is directed to terminate any pending motions and deadlines, and to **CLOSE** this case.
5. The Clerk is directed to **SUBSTITUTE** Frank Bisignano, Commissioner of Social Security, as the defendant in this suit.

**ORDERED** in Tampa, Florida, on December 31, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge