# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

CARIDAD KETI MORAN
GONZALEZ,

     Plaintiff,

v.                                                                Case No. 8:25-cv-1279-KKM-LSG

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

## ORDER

The United States Magistrate Judge recommends granting in part and denying in part Caridad Keti Moran Gonzalez's unopposed motion for attorney's fees and costs. *See* R&R (Doc. 29); Mot. (Doc. 28). The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein and grants in part and denies in part the motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue.

1

*Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 29) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 28) is **GRANTED IN PART**.

3. Unless the Department of Treasury determines that Gonzalez owes a federal debt, the plaintiff is awarded attorney's fees in the amount of **$8,193.18**, and a paralegal fee of **$290.00.**

**ORDERED** in Tampa, Florida, on May 27, 2026.

Kathryn Kimball Mizelle
United States District Judge

2